S. Jones against Burton F. Stines. No opinion. Judgment of the Municipal Court affirmed, with costs.

KELLY, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by John Kelly against the Boston & Maine Railroad. No opinion. Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

KELLY, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Jennie Kelly against John Kelly. I. N. Jacobson, for appellant. J. F. Lynch, for respondent. No opinion. Order reversed, and motion granted, allowing $25 a week alimony and $100 counsel fee, without costs. Settle order on notice.

KENNEDY, Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by James C. Kennedy against Lazarus Weil, as executor of the estate of Jacob Weil, deceased. No opinion. Judgment unanimously affirmed, with costs.

KILLIAN, Respondent, v. BLUMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Frank Killian against Henry Blumgarten. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KINLEN, Appellant, v. RUNYON et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by James E. Kinlen against Carman R. Runyon and others. No opinion. Order reversed on argument, with $10 costs and disbursements.

KIRBY, Plaintiff, v. LOCKPORT PAPER CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by William Kirby, an infant, by Anna Kirby, his guardian ad litem, against the Lockport Paper Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to the plaintiff to abide the event. Held, that the question as to whether, under the labor law (see Laws 1897, p. 480, c. 415, § 81, as amended by Laws 1904, p. 640, c. 291), the shafting should have been guarded, was a question of fact for the jury, and not one of fact for the court.

McLENNAN, P. J., not sitting.

In re KNOWLES. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Frank E. Knowles for admission to the bar. No opinion. Application granted.

KRAUSS, Appellant, v. McCAULEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Jacob C. Krauss against Isabella McCauley. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KREBS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John A. Krebs against the city of New York. No opinion. Judgment unanimously affirmed, with costs.

LAMB, Appellant, v. McNEIL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Albert F. Lamb against Catherine McNeil.

PER CURIAM. Order affirmed, with costs. Held, that the granting of the new trial was within the discretion of the trial court.

LAMB, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Annie Lamb against John Miller.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

In re LAPETINA. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Rocco Louis Lapetina for admission to the bar. No opinion. Application granted.

LAUBENTRACHT, Respondent, v. KATZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by George Laubentracht against Abraham Katz and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LAW REPORTING CO. v. DOMINION COAL CO. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by the Law Reporting Company against the Dominion Coal Company. No opinion. Motion denied. Order filed.

LE ROY HYDRAULIC GAS CO., Appellant, v. CACCAMISE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by the Le Roy Hydraulic Gas Company against Antonio Caccamise. No opinion. Judgment affirmed, with costs.

LESNICK, Respondent, v. SEARLES, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Matthew J. Lesnick against Stephen H. Searles. No opinion. Judgment of the City Court of Yonkers unanimously affirmed, with costs.

LEVIN et al., Respondents, v. DIETZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action